HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00124-DAD |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| RUSSELL STEVENSON, | |
| Defendant. | |

Defendant, Russell Stevenson, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

On July 12, 2007, Mr. Stevenson was sentenced to 5 years of supervised release. Mr. Stevenson submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing Mr. Stevenson Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: November 18, 2021                        */s/ Eric V Kersten*
                                                                    ERIC V. KERSTEN
                                                                    Assistant Federal Defender
                                                                    Branch Chief, Fresno Office

# **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **November 22, 2021**          /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE